# EXHIBIT B

<u>Purchase Order – 1</u>

<u>In US dollar and in accordance with Master Subcontract Agreement CM dated August 2, 2012</u>

**2.0 SPECIFIC TERMS AND CONDITIONS**

**2.1 Subcontract Type and Quantity**

This is a Firm Fixed Price, Level of Effort (LOE) with Cost Plus Fixed Lead Factor Other Direct Costs (ODCs) subcontract in accordance with the terms and conditions of the prime contract, the attached Slot Distribution (See Exhibit B), which may be amended from time to time, and Statement of Work (See Exhibit A). The Subcontractor will provide a minimum of ▓▓▓▓ direct labor during the base year and each option period exercised on the contract. Additional Slots the program under this Purchase Order will be handled on an alternating basis starting with the first slot being allocated to the Prime Contractor, alternating thereafter between the Subcontractor and Prime Contractor.

**2.2 Statement of Work**

Subcontractor shall furnish the necessary services of skilled professional personnel in support of the requirements described in the Statement of Work (SOW) entitled ▓▓▓▓▓▓▓▓▓▓ dated June 5, 2012 and the L18 Appendix to the SOW for ▓▓▓▓▓▓▓▓▓▓ dated March 12, 2012 (See Exhibit A).

**2.3 Period of Performance**

Base Period of Performance: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The Base Year and Base Period Option are hereby exercised.

This subcontract includes an option to renew the contract for up to seven (7) years.

The term of this contract shall not exceed eight years and PGI will exercise each option year upon:

1) The U.S. Government's decision to exercise the option year of the prime contract.

2) Satisfactory performance of subcontractor

3) Contingent upon pricing as mutually agreed upon by the Parties.

**2.4 Place of Performance**

The Program Management Office is located at Patriot Group International's facility located at 253 Broadview Drive, Suite 100, Warrenton, VA 20186 and B3D Technology, Inc.'s facility located at 11400 Sunset Hills Road, Suite 310, Reston, VA 20190. All other areas of performance are specified in Exhibit A (SOW) hereto.

**2.5** <u>Obligations of the Subcontractor</u>

Subcontractor shall provide qualified staff for the specific labor categories detailed below:

Other Direct Costs (ODCs) CLINs will be provided on a cost plus fixed fee of [REDACTED]. The fixed load factor of 1.06% will be applied to ODC costs throughout the life of the Purchase Order.



| Labor Categories | Daily Rate | Days | Total |
|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |

| Labor Categories | Daily Rate | Days | Total |
|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |

| Labor Categories | Daily Rate | Days | Total |
|---|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] | [REDACTED] |





The above rates are "full inclusive," and include fringe, fee, overhead, and G&A burdens based on the Subcontractor's standard accounting practices.

1.6 **Payment**

Invoice and payment shall be performed in accordance with Section 5 of the Subcontract Agreement. BGDT shall submit bimonthly invoices no later than the 10th and 25th day of each month. Invoices shall clearly reference the Master Subcontract Agreement Number and Purchase Order Number.

Payment to the Subcontractor shall be made electronically to the following remittance address:

**FOR ACH ORIGINATION OR WIRE TRANSFERS**
Bank Name: [redacted]
Bank Address: [redacted]
RTN/ABA: [redacted]
Beneficiary Name: [redacted]
Beneficiary Account: [redacted]
International Swift: [redacted]

1.7 **Program Management/Notification of Changes**

Only the designated Business Manager for EGI may approve changes in any of the requirements under the Subcontract. Any change made at the direction of any other individual will be considered to have been made without the authority and will warrant no adjustment to the Subcontract.

1.8 **Client Contacts**

Only the Prime Contractor can authorize additional tasks and change the scope of work.

All reports, memoranda, or any other written material developed by the Subcontractor during the performance of the effort herein for the Client, must be submitted through and with the written approval of the Business Manager. Where appropriate, the Subcontractor will be identified as having been the originator of such work. This provision is not intended to discourage or prohibit informal technical discourse between Subcontractor personnel and the Client.

1.9 **Insurance**

Insurance shall be provided in accordance with Section 8 of the Subcontract Agreement.

1.10 **Security Classification and Clearances**

The work to be performed hereunder involves classified information necessitating performance by personnel with appropriate security clearances. A Contract Security Classification Specification (DD254) is applicable.

The handling of all classified material shall be in accordance with those specified in Prime Contract Number: ▆▆▆▆▆▆▆▆

### 2.11 Contract Clauses

PGI and Subcontractor agree to be bound by the provisions contained in the following documents:

a. Prime Contract Number: ▆▆▆▆▆▆▆▆
b. Master Subcontract Agreement Number 001

All provisions of this agreement shall form the Contract between PGI and Subcontractor superseding the contents of any other negotiations and/or agreements, whether oral or in writing, pertaining to the subject of this Contract.

### 2.12 Reporting Structure

Subcontractor personnel shall report to PGI ▆▆▆▆ for duties and responsibilities. The ▆▆▆▆ may from time to time appoint interim leadership roles, delegate authority, or otherwise alter the reporting chain as the need arises. The Client SOP will be in addition to any established PGI SOPs or additional Subcontractor SOPs implemented under this contract.

| EOD Technology, Inc. | PATRIOT GROUP INTERNATIONAL, INC. |
|---|---|
| By: | By: |
| *Tracy N. Agrati* (signature) | *Christy Beach 9/18/12* (signature) |
| NAME: Tracy L. Agrati | NAME: Christy Beach |
| TITLE: Director, Contracts | TITLE: Vice President, Contracts |
| DATE: 9/17/12 | DATE: |

## Purchase Order – 2

### Issued under and in accordance with Master Subcontract Agreement 001 dated August 1, 2012

**1.0 SPECIFIC TERMS AND CONDITIONS**

**1.1 Subcontract Type and Quantity**

This is a Cost Plus Fixed Load Factor Other Direct Costs (ODCs) subcontract in accordance with the terms and conditions of the prime contract (See Exhibit A for Statement of Work).

**1.2 Statement of Work**

Subcontractor shall furnish the necessary materials, equipment, and services of skilled professional personnel in support of the requirements described in the Statement of Work (SOW) entitled, ▓▓▓ dated June 5, 2012 and the J.18 Appendix to the SOW for the ▓▓▓ dated March 12, 2012 (See Exhibit A). The ODCs in support of this Purchase Order include, but may not be limited to ▓▓▓

**1.3 Period of Performance**

Base Period of Performance: ▓▓▓

The Base Year and Base Period Option are hereby exercised.

This subcontract includes an option to renew the contract for up to seven (7) years.

The term of this contract shall not exceed eight years and PGI will exercise each option year upon:

1) The U.S. Government's decision to exercise the option year of the prime contract.
2) Satisfactory performance of subcontractor
3) Contingent upon pricing as mutually agreed upon by the Parties.

**1.4 Place of Performance**

The Program Management Office is located at Patriot Group International's facility located at 155 Broadview Ave., Suite 100, Warrenton, VA 20186 and EOD Technology, Inc.'s facility located at 12100 Sunset Hills Road, Suite 310, Reston, VA 20190. All other areas of operation are specified in Exhibit B (SOW) hereto.

**1.5 Obligations of the Subcontractor**

Subcontractor shall provide support under the CLINs below:

▓▓▓





The above rates are "all inclusive," and include fringe, fee, overhead, and G&A burdens based on the Subcontractors standard accounting practices.

1.6 Payment

Invoice and payment shall be performed in accordance with Section 5 of the Subcontract Agreement. EODT shall submit bimonthly invoices no later than the 10th and 25th day of each month. Invoices shall clearly reference the Master Subcontract Agreement Number and Purchase Order Number:

Payment to the Subcontractor shall be made electronically to the following remittance address:

**FOR ACH ORIGINATION OR WIRE TRANSFERS**
Bank Name:
Bank Address:
RTN/ABA No.
Beneficiary Name:
Beneficiary Account
International Swift



### 1.7 Program Management/Notification of Changes

Only the designated Business Manager for PGI may approve changes in any of the requirements under the Subcontract. Any change made at the direction of any other individual will be considered to have been made without the authority and will warrant no adjustment to this Subcontract.

### 1.8 Client Contacts

Only the Prime Contractor can authorize additional tasks and change the scope of work.

All reports, memoranda, or any other written material developed by the Subcontractor during the performance of the effort herein for the Client, must be submitted through and with the written approval of the Business Manager. Where appropriate, the Subcontractor will be identified as having been the originator of such work. This provision is not intended to discourage or prohibit informal technical discourse between Subcontractor personnel and the Client.

### 1.9 Insurance

Insurance shall be provided in accordance with Section 8 of the Subcontract Agreement.

### 1.10 Security Classification and Clearances

The work to be performed hereunder involves classified information necessitating performance by personnel with appropriate security clearances. A Contract Security Classification Specification (DD254) is applicable.

The handling of all classified material shall be in accordance with those specified in Prime Contract Number:

### 1.11 Contract Clauses

PGI and Subcontractor agree to be bound by the provisions contained in the following documents:

a. Prime Contract Number
b. Master Subcontract Agreement Number 001

All provisions of this agreement shall form the Contract between PGI and Subcontractor superseding the contents of any other negotiations and/or agreements, whether oral or in writing, pertaining to the subject of this Contract.

**1.12 Reporting Structure**

Subcontractor personnel shall report to PGI ▓▓▓▓ for duties and responsibilities. The ▓▓▓▓ may from time to time appoint interim leadership roles, delegate authority, or otherwise adjust the reporting chain as the need arises. The Client SOP will be in addition to any established PGI SOPs or additional Subcontractor SOPs implemented under this contract.

| EOD Technology, Inc. | PATRIOT GROUP INTERNATIONAL, INC. |
|---|---|
| BY: *[signature]* | BY: *[signature]* |
| NAME: Tracy L. Agrati | NAME: Christy Beach |
| TITLE: Director, Contracts | TITLE: Vice President, Contracts |
| DATE: 9/17/12 | DATE: 9/18/12 |

## Purchase Order – 3

### Issued under and in accordance with Master Subcontract Agreement 001 dated August 1, 2012

**1.0  SPECIFIC TERMS AND CONDITIONS**

**1.1  Subcontract Type and Quantity**

This is a Cost Plus Fixed Load Factor Other Direct Costs (ODCs) subcontract in accordance with the terms and conditions of the prime contract (See Exhibit A for Statement of Work).

**1.2  Statement of Work**

Subcontractor shall furnish the necessary materials, equipment, and facilities in support of the requirements described in the Statement of Work (SOW) entitled, ███████████████ ████████████ dated June 5, 2012 and the J.18 Appendix to the SOW for the ███████ ████████████ dated March 12, 2012 (See Exhibit A). The ODCs in support of this Purchase Order include, but may not be limited to, weapon usage and office space.

**1.3  Period of Performance**

Base Period of Performance: ███████████████████████

The Base Year and Base Year Option are hereby exercised.

This subcontract includes an option to renew the contract for up to seven (7) years.

The term of this contract shall not exceed eight years and PGI will exercise each option year upon:

1.) The U.S. Government's decision to exercise the option year of the prime contract.

2) Satisfactory performance of subcontractor

3) Contingent upon pricing as mutually agreed upon by the Parties.

**1.4  Place of Performance**

The Program Management Office is located at Patriot Group International's facility located at 155 Broadview Ave., Suite 100, Warrenton, VA 20186 and EOD Technology, Inc.'s facility located at 12100 Sunset Hills Road, Suite 310, Reston, VA 20190. All other areas of operation are specified in Exhibit A (SOW) hereto.

**1.5  Obligations of the Subcontractor**

Subcontractor shall provide support under the CLINs below:

Other Direct Costs (ODCs) CLINs will be provided on a cost plus fixed load factor basis. The fixed load factor ███████  the base period a█ ██████ ██ the option periods will be applied to the weapon use, weapon accessory use, and office space costs. All weapons utilized in support of

this Purchase Order will be under the direct control of the Subcontractor. The Prime Contractor hereby agrees to abide by Subcontractor's standards of accountability for all weapons utilized in support of this Purchase Order.



| ODC Description | Total |
|---|---|
| ███████████ | ███ |
| ███████████ | ███ |
| ███████████ | ███ |

| ODC Description | Total |
|---|---|
| ███████████ | ███ |
| ███████████ | ███ |

| ODC Description | Total |
|---|---|
| ███████████ | ███ |
| ███████████ | ███ |

| ODC Description | Total |
|---|---|
| ███████████ | ███ |
| ███████████ | ███ |



| ODC Description | Total |
|---|---|
| ███████ | ███████ |
| ███████ | ███████ |

| ODC Description | Total |
|---|---|
| ███████ | ███████ |
| ███████ | ███████ |

| ODC Description | Total |
|---|---|
| ███████ | ███████ |
| ███████ | ███████ |

| ODC Description | Total |
|---|---|
| ███████ | ███████ |
| ███████ | ███████ |



| ODC Description | Total |
|---|---|
| ███████████ | ██████ |
| ███████████ | ██████ |

The above rates are "all inclusive," and include indirect burdens based on the Subcontractors standard accounting practices.

### 1.6 Payment

Invoice and payment shall be performed in accordance with Section 5 of the Subcontract Agreement. EODT shall submit bimonthly invoices no later than the 10th and the 25th day of each month. Invoices shall clearly reference the Master Subcontract Agreement Number and Purchase Order Number:

Payment to the Subcontractor shall be made electronically to the following remittance address:

**FOR ACH ORIGINATION OR WIRE TRANSFERS**
Bank Name: ███
Bank Address: ███
RTN/ABA No. ███
Beneficiary Name: ███
Beneficiary Account N███
International Swift: #███

### 1.7 Program Management/Notification of Changes

Only the designated Business Manager for PGI may approve changes in any of the requirements under the Subcontract. Any change made at the direction of any other individual will be considered to have been made without the authority and will warrant no adjustment to this Subcontract.

### 1.8 Client Contacts

Only the Prime Contractor can authorize additional tasks and change the scope of work.

All reports, memoranda, or any other written material developed by the Subcontractor during the performance of the effort herein for the Client, must be submitted through and with the written approval of the Business Manager. Where appropriate, the Subcontractor will be identified as having been the originator of such work. This provision is not intended to discourage or prohibit informal technical discourse between Subcontractor personnel and the Client.

1.9 **Insurance**

Insurance shall be provided in accordance with Section 8 of the Subcontract Agreement.

1.10 **Security Classification and Clearances**

The work to be performed hereunder involves classified information necessitating performance by personnel with appropriate security clearances. A Contract Security Classification Specification (DD254) is applicable.

The handling of all classified material shall be in accordance with those specified in Prime Contract Number ███████.

1.11 **Contract Clauses**

PGI and Subcontractor agree to be bound by the provisions contained in the following documents:

a. Prime Contract Number ███████
b. Master Subcontract Agreement Number 001

All provisions of this agreement shall form the Contract between PGI and Subcontractor superseding the contents of any other negotiations and/or agreements, whether oral or in writing, pertaining to the subject of this Contract.

1.12 **Reporting Structure**

Subcontractor personnel shall report to PGI ███████ for duties and responsibilities. The ███████ may from time to time appoint interim leadership roles, delegate authority, or otherwise adjust the reporting chain as the need arises. The Client SOP will be in addition to any established PGI SOPs or additional Subcontractor SOPs implemented under this contract.

| EOD Technology, Inc. | PATRIOT GROUP INTERNATIONAL, INC. |
|---|---|
| BY: *[signature]* | BY: *[signature]* |
| NAME: Tracy L. Agrati | NAME: Christy Beach |
| TITLE: Director, Contracts | TITLE: Vice President, Contracts |
| DATE: 9/17/12 | DATE: 9/16/12 |