UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PATRIOT GROUP INTERNATIONAL, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**JANUS GLOBAL OPERATIONS LLC,**<br>**f/k/a STERLING GLOBAL OPERATIONS,**<br>**INC., f/k/a EOD TECHNOLOGY, INC.**<br><br>Defendant. | Civil Action Number: 1:16-cv-907 |

PLAINTIFF'S FINANCIAL DISCLOSURE
STATEMENT PURSUANT TO LOCAL RULE 7.1

Plaintiff Patriot Group International, Inc. ("PGI"), by and through the undersigned counsel, provides the following financial disclosure information as required per Local Civil Rule 7.1.

PGI has no affiliated entities with publicly issued stock. No parent, subsidiary, or affiliated entity has issued stock or debt securities to any publicly held entity.

PGI identifies the following owners in the company:

Gregory S. Craddock
Mark Davis, via Lank Group LLC
John Blystone, via Michigan Conveyor LLC
Alan Buford
Robert Whitfield
Shawn Ramsdell

                                      Respectfully submitted,

July 20, 2016                              By: */s/  Daniel S. Ward*

                                      Daniel S. Ward, VSB # 45978
                                      Ward & Ward, P.L.L.C.
                                      2020 N Street, N.W.
                                      Washington, DC 20036
                                      (202) 331-8160
                                      (202) 331-8162 (Fax)
                                      dan@wardlawdc.com

                                      Ryan C. Berry, VSB # 67956
                                      Greenberg Traurig, LLP
                                      1750 Tysons Boulevard
                                      Suite 1000
                                      McLean, VA  22102
                                      Telephone: (703) 749-1369
                                      Facsimile: (703) 714-8388
                                      E-mail: berryr@gtlaw.com

                                      *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, I served copies of the foregoing as follows:

**Via first class mail, postage prepaid to:**
Janus Global Operations, LLC
c/o its Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808


*/s/ Daniel S. Ward*
_____
Daniel S. Ward (VSB 45978)