IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRIOT GROUP INTERNATIONAL, INC.,  )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   1:16-cv-907 (LMB/TCB)
                                    )
JANUS GLOBAL OPERATIONS LLC,        )
                                    )
    Defendant.                      )

ORDER

On August 9, 2016, defendant Janus Global Operations LLC filed a Motion to Dismiss and Compel Arbitration [Dkt. No. 14]. The motion is set for oral argument on Friday, September 2, 2016 at 10:00am. Pursuant to Local Civil Rule 7(F)(1), "the opposing party shall file a responsive brief and such supporting documents as are appropriate within eleven (11) days after service." With the benefit of the three-day extension provided by the mailing rule under Fed. R. Civ. P. 26(c), plaintiff Patriot Group International, Inc.'s opposition was due at the latest by close of business on August 23, 2016. As of August 24, 2016, the Court has received neither an opposition to this motion nor a request for an extension of time and finds merit in defendant's contentions that all of plaintiff's claims must be arbitrated as required by the terms of the contract at issue. Accordingly, defendant's Motion to Dismiss and Compel Arbitration [Dkt. No. 14] is GRANTED, and it is hereby

    ORDERED that this civil action be and is DISMISSED.

    The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of August, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge